**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1571**

———————

CLARENCE N. FOXWORTH,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; FEDERAL BUREAU OF
INVESTIGATION; NU IMAGE CONSTRUCTION COMPANY,
INCORPORATED,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-98-72-A)

———————

Submitted: June 17, 1999                Decided: June 24, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Clarence N. Foxworth, Appellant Pro Se. Richard Parker, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Foxworth appeals from the district court's orders dismissing his civil action. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Foxworth v. United States, No. CA-98-72-A (E.D. Va. Apr. 17, 1998 & Mar. 22, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's second order is marked as "filed" on March 19, 1999, the district court's records show that it was entered on the docket sheet on March 22, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order is entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).